

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00784-CR

**EX PARTE** Carmen Roque **LOPEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10799CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

    The State filed its brief on January 10, 2023. Appellant's reply brief was due on January 30, 2023. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed a motion for extension of time to file a reply brief until March 1, 2023.

    Appellant's motion is **granted**. *See id.* R. 38.6(d). Appellant's reply brief must be filed in this court by March 1, 2023. Further requests for extension of time will be disfavored.

    It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT